LILLIAN GROSS, an Infant, by ANNA ALTMAN, Her Guardian ad Litem, Respondent, v. MAX BAKST, Appellant, Impleaded with Others, Defendants.— Final order setting aside special verdict in favor of Max Bakst, and granting a new trial, unanimously affirmed, with costs to abide the event. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

HELEN GUINAW, as Administratrix, etc., of THOMAS F. GUINAW, Deceased, Respondent, v. LINDLEY M. GARRISON, as Receiver of CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. The " between blocks " rule ( *Unger* v. *Belt Line R. Corp.*, 234 N. Y. 86) does not, in our opinion, apply to the situation and locality here involved. The point at which deceased was crossing is a plaza and a continuation of the sidewalk or curb line of Joralemon street, on which street are intersecting tracks, before reaching which cars come to a full stop. We think a question of fact as to negligence and contributory negligence was presented. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

CHARLES HATTENDORF, Respondent, v. SIGMUND KRAUTER and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

GEORGE L. HOBART, Respondent, v. AGNES S. HOBART, Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Kelly, · P. J., Jaycox, Kelby, Young and Kapper, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK, Appellant, to Certain Lands and Premises Situated on the Southerly Side of East Williston Avenue, etc., Floral Park in the Borough of Queens, etc., for School Purposes, etc. JAMES S. GRAHAM, Respondent.— Final decree unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.